**Appeal Dismissed and Memorandum Opinion filed January 4, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00458-CV

---

**BOBBY B. DASH, Appellant**

**V.**

**KALPESH PRAVINBHAI PATEL, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-38955**

---

## MEMORANDUM OPINION

This appeal is from an alleged order denying appellant's request for a temporary injunction on August 13, 2021. The clerk's record was filed August 19, 2021, and it does not contain a copy of such a signed order. After this court ordered the trial court clerk to file a supplemental clerk's record containing either the signed order contested by appellant or a certified statement disclaiming the order's existence, on November 29, 2021, the trial court clerk informed this court they could

not locate such an order in the trial court's case file. Accordingly, the parties were instructed that this court would consider dismissal of the appeal for want of jurisdiction unless they indicated meritorious grounds for continuing the appeal by December 22, 2021.

Since then, the parties' only filing has been appellant's merits brief, filed December 21, 2021. Although appellant represents this case presents at least one "novel and important question" to be resolved in this appeal, he has not presented any basis for this court to resolve this appeal despite the apparent lack of a signed appealed-from order. Moreover, appellant's brief describes the appealed-from order as a "verbal ruling," whereas this court's jurisdiction only extends to signed orders and judgments. *See* Tex. R. App. P. 26.1.

In the absence of any appealed-from signed order that could provide a basis for this court's jurisdiction, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.